## THE PEOPLE *v.* BEELER.

In a criminal trial it is error for the Court to charge the jury orally without the consent of the parties.

Section first of the Act of 1855, amendatory to the Act regulating criminal proceedings, is mandatory and not directory.

APPEAL from the District Court of the Eleventh Judicial District, County of El Dorado.

The defendant was tried and convicted on an indictment for murder. On the trial the Court charged the jury orally, without having first obtained the consent of parties. Defendant appealed.

*Sanders & Howard* for Appellant.

*Wm. T. Wallace, Attorney General,* for the People.

The opinion of the Court was delivered by Mr. Chief Justice MUR-RAY. Mr. Justice TERRY concurred.

On the trial of this cause, the Court charged the jury orally, without the consent of parties.

This was error by the provisions of the first section of an Act, passed May 7, 1855, amendatory of an Act to regulate criminal proceedings. The rule prescribed by the statute is mandatory and not directory.

Judgment reversed and new trial ordered.